1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:12-cv-00889-GMN -VCF

BMW of North America, LLC et al.

Plaintiff(s),

vs.

Quality Star Benzz LLC

Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

**CORRECTED**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

# NUNC PRO TUNC

John G. Froemming , Petitioner, respectfully represents to the Court:
(name of petitioner)

   1.   That Petitioner is an attorney at law and a member of the law firm of

Jones Day
(firm name)

with offices at 51 Louisiana Avenue, NW ,
(street address)

Washington , District of Columbia , 20001 ,
(city) (state) (zip code)

(202) 879-3939 , jfroemming@jonesday.com .
(area code + telephone number) (Email address)

   2.   That Petitioner has been retained personally or as a member of the law firm by

BMW of North America, LLC and BMW AG to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.     That since _____ January 15, 1988 _____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___ District of Columbia ___
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

Not applicable.

2                                        Rev. 12/11

4.  Court Admissions for John G. Froemming

| **Court** | **Date Admitted** | **Bar Number** |
|---|---|---|
| Supreme Court of Virginia | October 9, 1985 | 25319 |
| D.C. Court of Appeals | January 15, 1988 | 412564 |
| U.S. District Court for the Eastern District of Virginia | February 10, 1989 | |
| U.S. District Court for the District of Columbia | November 4, 1991 | |
| U.S. District Court for the District of Maryland | November 6, 1995 | 12509 |
| U.S. District Court for the District of Colorado | January 14, 2002 | |
| U.S. Court of Appeals for the District of Columbia | October 2, 1991 | |
| U.S. Court of Appeals for the Ninth Circuit | January 5, 2007 | |
| U.S. Court of Appeals for the Fifth Circuit | November 4, 2011 | |

WAI-3078382v1

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> Not applicable.

7.     That Petitioner is a member of good standing in the following Bar Associations:

> American Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court<br>Administrative Body<br>or Arbitrator | Was Application<br>Granted or<br>Denied |
|---|---|---|---|
| No. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                        _____
                                                                            Petitioner's signature
     STATE OF _District of Columbia_

5    COUNTY OF _____ )

6

7    _____John G. Froemming_____ , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                        _____
                                                                            Petitioner's signature

10   Subscribed and sworn to before me this

11   _9th_ day of _July_ , _2012_ .

12

13   _Monette G Thompson_ , _Notary_

14        Notary Public or Clerk of Court

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
          THE BAR OF THIS COURT AND CONSENT THERETO.**

17        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _Andrew P. Gordon_ ,

19                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____McDonald Carano Wilson LLP 2300 West Sahara Avenue, Suite 1000_ ,
                                      (street address)

24   _____Las Vegas_____ , _____Nevada_____ , ___89102___ ,
            (city)                      (state)              (zip code)

25

26   ___(702) 873-4100___ , _agordon@mcdonaldcarano.com_ .
     (area code + telephone number)        (Email address)

27

28                                          4                                    Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Andrew P. Gordon_ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

(Aimee Gessner, BMW AG)   _Gessner_
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

_____
Bar number 3421    Email address
agordon@mcdonaldcarano.con

**APPROVED** this 31st day of May, 2013.
**NUNC PRO TUNC DATE:  July 9, 2012.**

_____
Gloria M. Navarro
United States District Judge

Rev. 12/11

5



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN  G.  FROEMMING

was on the _15^{TH}_ day of _____JANUARY, 1988_____

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 5, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

### JOHN GILBERT FROEMMING

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 9, 1985.

I further certify that so far as the records of this office are

concerned, JOHN GILBERT FROEMMING is a member of the bar of this

Court in good standing.

**Witness** my hand and seal of said Court

This 12th day of April

A.D. 201/1

By: _____

*Deputy Clerk*