# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| BMW of North America, LLC, and<br>Bayerische Motoren Werke AG<br><br>              Plaintiffs,<br><br>       vs.<br><br>Quality Star Benzz LLC,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case 2:12-cv-00889-GMN-VCF

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF MAGISTRATE
JUDGE CAM FERENBACH**

Before the Court for consideration is the Report and Recommendation (ECF No. 26) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 20, 2013, regarding Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 18) filed on April 12, 2013.

Pursuant to Local Rule IB 3-2(a), objections to the Report and Recommendation (ECF No. 26) were due by December 7, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Attorneys' Fees and Costs (ECF No. 18) is hereby **GRANTED, as to attorneys' fees only**.

**IT IS FURTHER ORDERED** that Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke, AG are awarded **$19,423.75 in attorneys' fees against Quality Star Benzz, LLC.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 9th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge