# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

BMW of North America, LLC,
Bayerische Motoren Werke AG

                       Plaintiffs,

V.

Quality Star Benzz LLC,

                       Defendant.

**JUDGMENT FOR ATTORNEYS' FEES IN A CIVIL CASE**

Case Number: 2:12-cv-00889-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke, AG are awarded $19,423.75 in attorneys' fees against Quality Star Benzz, LLC.

December 9, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk